UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

John Horton
                         Plaintiff,

v.                                                  Case No.: 1:18−cv−06829
                                                       Honorable Franklin U. Valderrama

City Of Rockford, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 18, 2020:

      MINUTE entry before the Honorable Jeffrey Cummings: Plaintiff's motion for protective order to conduct depositions remotely [134] is granted. First, defendants were granted until 11/17/2020 to file any objections to plaintiff's motion [147], and they did not. Second, the health concerns created by the COVID−19 pandemic create "good cause" for the entry of an order requiring that depositions take place by remote videoconference under the circumstances in this case. Learning Res., Inc. v. Playgo Toys Enterprises Ltd., 335 F.R.D. 536, 538−39 (N.D.Ill. 2020). The parties are reminded that by 12/21/2020, the parties shall file a joint status report setting forth what discovery has been completed, what discovery remains, and whether any discovery disputes require the Court's attention. If the parties are mutually interested in a settlement conference, they shall also address the issues set forth in the first paragraph of the second page of the Court's Standing Order For Settlement Conferences and provide the dates that the parties are mutually available in February 2021 for a remote video settlement conference. The deadlines for the submission of settlement letters described in the Standing Order and the date for the settlement conference will be promptly set after the joint status report is received. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.