UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JOHN HORTON, | ) | Case. No. 18-CV-6829 |
| | ) | |
| Plaintiff, v. | ) | Hon. Franklin U. Valderrama |
| | ) | District Court Judge |
| | ) | |
| CITY OF ROCKFORD, *et al.*, | ) | Hon. Jeannice W. Apperteng |
| | ) | Magistrate Judge |
| Defendants. | ) | |

## JOINT STATUS REPORT

On Nov. 8, 2023, the Court ordered that the Parties submit a Joint Status Report indicating whether the parties are mutually interested in scheduling a settlement conference with the Court or plan to pursue private mediation. (Dkt 212). Pursuant to that order, the Parties state as follows:

1.      The City of Rockford has reviewed and considered a written settlement demand from Plaintiff, and the parties met and conferred telephonically to discuss settlement on Dec. 15, 2023.

2.      Based upon those discussions, the parties do not believe a settlement conference or mediation has a high likelihood of success at this time.

3.      The parties prefer to brief Rule 56 motions, while continuing to consider the possibility of a settlement on a dual track.

4.      The Parties are not in agreement on a dispositive motion schedule.  The Parties positions are set forth below:

> **Plaintiff**:  On April 28, 2023, this Court requested that the parties advise as to whether they would agree to a settlement conference.  Dckt. 198.  This litigation has been essentially stayed since that time.  Over the past eight months, Plaintiff provided a settlement demand to the City of Rockford and agreed to a lengthy process which provided the City ample time to determine the viability of a mediation.  Dckt. 201, 208, 211.  Earlier today, Plaintiff was advised of the City's position.
>
> Keeping in mind the eight-month delay that just occurred, Plaintiff objects to Defendants' request for an additional 14 weeks to file dispositive motions.  Given that this litigation has been informally stayed since April 28, 2023, Defendants request would provide them with approximately 11 months to draft dispositive motions.  With

2

this in mind, Plaintiff proposes the following dispositive motion schedule:

February 2, 2024: Dispositive motions due (45 days from Monday)
March 18, 2024 Responses due (45 days from opening briefs)
April 8, 2024: Replies due (21 days from response brief)

**Defendants**: Due to the extensive record in this case and trial schedules, Defendants request that the Court consider a schedule for dispositive motions as follows:

- Rule 56 motions due March 29, 2023
- Responses due April 30
- Replies due May 31

WHEREFORE, the parties respectfully request that this Court set a dispositive motion briefing schedule.

Respectfully submitted,

**PLAINTIFF JOHN HORTON**
/s/ Elliot Slosar
Jon Loevy
Margaret E. Campbell
Loevy & Loevy
311 North Aberdeen St., 3rd Floor
Chicago, Illinois 60607
Tel: 312-243-5900

**DEFENDANT CITY OF ROCKFORD**
/s/ Ifeanyi C. Mogbana
Ifeanyi C. Mogbana
City of Rockford Department of Law
425 E. State Street
Rockford, Illinois 61104
Tel: 779-348-7154
Email: ifeanyi.mogbana@rockfordil.gov

**DEFENDANTS STEVE JOHNSON, JAMES BARTON, BRUCE SCOTT, STEVE PRAGES, RICH GAMBINI, PAUL ARDUINO, SAM POBJECKY, OLSON, DANIEL SCOTT, C. MCDONALD**

**DEFENDANTS GREG HANSON, JOHN POZZI, MARK SCHMIDT, ROBERT REDMOND, DOMINIC IASPARRO, ANTHONY PICCIRELLI, RUSSELL NELSON, DANIEL GRAY, CLINT KELLETT, PAUL TRIOLO**

/s/ Joel M. Huotari
Joel M. Huotari
Jim Devine
WilliamsMcCarthy LLP
120 W. State Street, Ste 400
PO Box 219
Rockford, Illinois 61105-0219
Tel: 815-987-8900
Email: jhuotari@wilmac.com
Email: jdevine@wilmac.com

/s/ Andrew Smith
Andrew Smith
Cicero, France & Alexander, P.C.
6323 E. Riverside Blvd.
Rockford, Illinois 61114
Tel: 815-226-7700
Email: ats@cicerofrance.com

3

**DEFENDANTS ESTATE OF
HOWARD FORRESTER AND
ESTATE OF GREGORY
LINDMARK**

/s/ Robert Pottinger
Robert Pottinger
Barrick Switzer Long Balsley & Van
Evera, LLP
6833 Stalter Drive
Rockford, Illinois 61108
Tel: 815-962-6611
Email: rcpottinger@bslbv.com