# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Horton

                        Plaintiff,

v.                                            Case No.: 1:18−cv−06829
                                             Honorable Franklin U. Valderrama

City Of Rockford, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 8, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama. Telephone Motion hearing held on 5/08/2024. All parties appeared. Oral argument heard regarding Plaintiff's Motion to Set Trial Date [216]. In order to streamline the trial, a concern raised by Defendants, Plaintiff's counsel indicated that Plaintiff would be amendable to dismissing certain Defendants and claims before trial. Plaintiff's Counsel shall file a submission by 5/17/2024 regarding number of claims and Defendants he will dismiss prior to trial. Plaintiff's Motion to Set Trial Date [216] is entered and continued until after 5/17/2024. Plaintiff shall file a status report regarding Defense Counsel Andrew Smith's oral motion to dismiss Defendant Dominic Iasparro by 5/17/2024. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.