UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JOHN HORTON, | ) | Case No. 18 C 6829 |
| Plaintiff, v. | ) ) ) | Hon. Franklin U. Valderrama<br>District Judge |
| CITY OF ROCKFORD, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order (dkt 229) the Parties submit this Joint Status Report:

1. The parties unanimously consent to a settlement conference with Judge Valderrama.

2. Plaintiff estimates that the length of trial will be two weeks or less.

3. Defendants will be able to better estimate the length of trial if the Court adjudicates Defendants' Motion for Summary Judgment, which Defendants believe will streamline the issues for trial, if not eliminate the need for trial altogether. In the event the Court denies Defendants the opportunity to file a Rule 56 Motion, they estimate that the trial will take up to three weeks.

WHEREFORE, the parties respectfully request that the Court discuss dates for a settlement conference with the parties at the next status conference, slated for June 4, 2024 at 9:00 AM.

Respectfully submitted,

**PLAINTIFF JOHN HORTON**
/s/ Elliot Slosar
Jon Loevy
Margaret E. Campbell
Loevy & Loevy
311 North Aberdeen St., 3rd Floor Chicago, Illinois 60607
Tel: 312-243-5900

**DEFENDANTS STEVE JOHNSON, JAMES BARTON, BRUCE SCOTT, STEVE PRAGES, RICH GAMBINI, PAUL ARDUINO, SAM POBJECKY, OLSON, DANIEL SCOTT, C. MCDONALD**

/s/ Joel M. Huotari
Joel M. Huotari
Jim Devine
WilliamsMcCarthy LLP
120 W. State Street, Ste 400
PO Box 219
Rockford, Illinois 61105-0219
Tel: 815-987-8900
Email: jhuotari@wilmac.com
Email: jdevine@wilmac.com

**DEFENDANT CITY OF ROCKFORD**
/s/ Ifeanyi C. Mogbana
Ifeanyi C. Mogbana
City of Rockford Department of Law 425 E. State Street
Rockford, Illinois 61104
Tel: 779-348-7154
Email: ifeanyi.mogbana@rockfordil.gov

**DEFENDANTS GREG HANSON, JOHN POZZI, MARK SCHMIDT, ROBERT REDMOND, DOMINIC IASPARRO, ANTHONY PICCIRELLI, RUSSELL NELSON, DANIEL GRAY, CLINT KELLETT, PAUL TRIOLO**

/s/ Andrew Smith Andrew Smith
Cicero, France & Alexander, P.C. 6323 E. Riverside Blvd.
Rockford, Illinois 61114
Tel: 815-226-7700
Email: ats@cicerofrance.com

**DEFENDANTS ESTATE OF HOWARD FORRESTER AND ESTATE OF GREGORY LINDMARK**

/s/ Robert Pottinger Robert Pottinger
Barrick Switzer Long Balsley & Van Evera, LLP
6833 Stalter Drive
Rockford, Illinois 61108
Tel: 815-962-6611
Email: rcpottinger@bslbv.com