UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

John Horton
                              Plaintiff,

v.                                              Case No.: 1:18−cv−06829
                                                    Honorable Franklin U. Valderrama

City Of Rockford, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 16, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: Telephonic status hearing held on 09/16/2024. Counsel for the parties appeared by telephone. Plaintiff anticipates 12 days for trial and Defendants anticipate 20 days for trial, based, in part, on whether the parties reach agreement on foundation for certain groups of documents. The Court encourages the parties to work collaboratively in resolving pre-trial issues, including whether the parties can stipulate to the foundation of certain groups of documents. The parties have requested a bench trial 246 . The Court sets this matter for a civil bench trial to begin on 01/13/2025 at 9:00 AM in Courtroom 1941. Pretrial conference set for 12/19/2024 at 2:00 pm in Courtroom 1941. The Court notes that another matter is also scheduled for trial beginning 01/08/2025. Should that matter resolve short of trial, this case will proceed as scheduled on 01/13/2025. To the extent that an alternative trial date is needed for this matter, the Court, by minute order, will inform the parties whether the Court will proceed with the 01/13/2025 trial date no later than 12/17/2024. Regardless of the final trial date, Plaintiff's pre-trial statement is due 10/31/2024; Defendants' pre-trial statement and objections are due 11/07/2024; Plaintiff's pre-trial objections are due 11/14/2024; the parties' jointly-prepared final pre-trial memorandum is due 11/21/2024; a USB Key/thumb drive and hard copies of objected-to exhibits and deposition transcripts are due 11/21/2024; and a USB Key/thumb drive and hard copies of final trial exhibits following the Pre-Trial Conference are due 12/27/2024. The parties are instructed to closely review the Court's Standing Order Governing Civil Bench Trials in order to comply with all requirements for the aforementioned filings, including deadlines for the exchange of materials between the parties before the deadline to file certain materials on the docket. Absent extraordinary circumstances, the Court will not accept supplemental pretrial filings after the pretrial deadlines set in this Minute Entry. As stated during the hearing, and as stated in the Court's Standing Order, motions in limine (not including exhibits) are limited to a total of 15 pages per party (not per motion in limine). If any party is requesting additional pages, a motion must be filed with the Court requesting additional pages. The Court instructs the parties not to file duplicate motions in limine. To the extent practicable, a party should join the other party's motion in limine instead of resubmitting a motion in limine on the same topic. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.