# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JOHN HORTON, | ) | Case No. 18 C 6829 |
| | ) | |
| Plaintiff, v. | ) | Hon. Franklin U. Valderrama |
| | ) | District Judge |
| CITY OF ROCKFORD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order (dkt 268) the Parties submit this Joint Status Report concerning the outcome of the parties' mediation dated January 7, 2025:

The parties report that the mediation resulted in a settlement of the case, subject to approval of the Rockford City Council, which is expected on Monday January 13, 2025.

WHEREFORE, the parties respectfully request that the Court strike the trial date and set the case for a status conference sometime in the coming weeks, for the parties to report on filing a stipulation to dismiss.

Respectfully submitted,


**PLAINTIFF JOHN HORTON**
/s/ Elliot Slosar & Jon Loevy
Margaret E. Campbell
Loevy & Loevy

311 North Aberdeen St., 3rd Floor
Chicago, Illinois 60607
Tel: 312-243-5900


**DEFENDANTS BRUCE SCOTT and
STEVE PRAGES**
/s/ Joel M. Huotari
Jim Devine
WilliamsMcCarthy LLP
120 W. State Street, Ste 400, PO Box 219
Rockford, Illinois 61105-0219
Tel: 815-987-8900
Email: jhuotari@wilmac.com
Email: jdevine@wilmac.com


**DEFENDANT CITY OF ROCKFORD**
/s/ Matthew David Flores
Charlotte Hoss
City Of Rockford Department Of Law
425 E. State St
Rockford, IL 61104
(779) 348-7154
Fax: Active
Email: Matthew.Flores@rockfordil.gov
Email: charlotte.hoss@rockfordil.gov


**DEFENDANTS JOHN POZZI and ROBERT REDMOND**
/s/ Andrew Smith
Cicero, France & Alexander, P.C.
6323 E. Riverside Blvd.
Rockford, Illinois 61114
Tel: 815-226-7700
Email: ats@cicerofrance.com


/s/ Michael F Iasparro
Hinshaw & Culbertson
100 Park Avenue
Rockford, IL 61105
815 490 4945
Email: miasparro@hinshawlaw.com

**DEFENDANT ESTATE OF**
**HOWARD FORRESTER**
<u>/s/ Robert Pottinger</u>
Barrick Switzer Long Balsley & Van
Evera, LLP
6833 Stalter Drive
Rockford, Illinois 61108
Tel: 815-962-6611
Email: rcpottinger@bslbv.com