UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

John Horton
                Plaintiff,

v.                                          Case No.: 1:18−cv−06829
                                          Honorable Franklin U. Valderrama

City Of Rockford, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 17, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is the parties' stipulation of dismissal [277]. Pursuant to the stipulation, Plaintiff's cause of action is dismissed with prejudice against Defendants Stephen Pirages, Bruce Scott, John Pozzi, Robert Redmond, and the Estate of Howard Forrester, with each side bearing its own costs and attorneys' fees, in accordance with the terms of the Release and Settlement Agreement. Plaintiff's cause of action is dismissed without prejudice as to Defendant City of Rockford. The Court retains jurisdiction through 07/28/2025 solely for purpose of enforcing the settlement agreement against the City of Rockford, with all parties to pay their own costs and fees. The dismissal of Defendant City of Rockford shall automatically convert to a dismissal with prejudice on 07/28/2025, unless a party files a motion to reinstate, a motion to enforce the parties' settlement agreement, or a motion for additional time to file a motion to reinstate or a motion to enforce the settlement agreement prior to 07/28/2025. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.